UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KENT A. ALLEN,<br><br>         Plaintiff,<br><br>-against-<br><br>KEYSHIA COLE; BMG US HARTWIG MASUCH; FACEBOOK MARK ZUCKERBERG,<br><br>         Defendants. | 21-CV-3450 (LTS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued May 7, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under 28 U.S.C. § 1915(e)(2)(B)(ii).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated: May 7, 2021
     New York, New York

               /s/ Laura Taylor Swain
                LAURA TAYLOR SWAIN
              Chief United States District Judge